IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Anthony D. Panico, <br><br> Defendant(s). | Case No. 21-cr-305 <br> Judge Sara L. Ellis |

## ORDER

It is hereby ordered that the Court's 5/20/2021 Order [11] is amended as follows: After payment of the Restitution Judgment, the Clerk of Court is directed to apply surplus funds in the Court's Registry towards Panico's outstanding criminal monetary penalties as applicable.

Date: 10/18/2022

_____
Sara L. Ellis, U.S. District Court Judge